UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

UNITED STATES OF AMERICA

2005 JUL 20 P 2: 30

v.

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

DEANGELO MERRITT            CASE NO.:   3:04-CR-206(S2)-J-20MCR

## MOTION IN LIMINE
## "CHOPPER-STOPPER"

The Defendant, DEANGELO MERRITT, by and through his court appointed attorney moves this Honorable Court for an Order prohibiting the government from utilizing the term or phrase "Chopper-Stopper" when referring to the Defendants on trial in this case.

The basis for said Motion In Limine is as follows:

1. At the hearing on the various Motions on July 12 and 13, 2005, on occasion the prosecution and case agent testified that the name given to this task force or operation was "Operation Chopper-Stopper".

2. This was a phrase originated by law enforcement. It is obvious that the meaning implies that law enforcement was focused or had as a mission the elimination of individuals who utilize automatic weapons commonly called "choppers" on the street.

3. Any and all references to "chopper" or "chopper-stopper" should be excluded under Fed. R. Evid. 402 as they are wholly irrelevant to the issues in this trial. Furthermore, even if there could be some scintilla of probative value to such testimony, it would be far outweighed by the prejudice that such references would engender.

4. There is no material issue in this case that would warrant admission of this type of evidence or testimony. Defense Counsel is concerned that simply referring to a defendant in conjunction with "chopper" or "chopper-stopper", can cause prejudice in some jurors. United States v Easter, 66 F.3d 1018 (9th Cir. 1995).

5. The government should be directed to advise its witnesses to make no such references during their testimony, and the prosecution should also be advised and directed accordingly.

Respectfully submitted,

QUENTIN T. TILL, ESQUIRE
Florida Bar No.: 122330
1301 Riverplace Boulevard, Suite 2610
Jacksonville, Florida 32207
Telephone:   904-346-3534
Facsimile:   904-399-5980
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion In Limine "Chopper-Stopper" has been hand delivered to Assistant US Attorney, US Attorney's Office, 300 North Hogan Street, Suite 700 Jacksonville, Florida 32202 this 20th of July, 2005.

                                                            QUENTIN T. TILL, ESQUIRE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by electronic fili using the CM/ECF system to the following this 20 day of ~~January~~ JULY, 2005:

Charlie Lee Adams adamscharlie@comcast.net, Charlie110@comcast.net
Oliver David Barksdale ODB@Bedellfirm.com, cca@bedellfirm.com
Gerald Scott Bettman nlweinreb@yahoo.com
Clyde M. Collins, Jr. clydemcollinsjr@aol.com
William Dorsey wjd@dorseylawfirm.net
Thomas George Fallis FallisPA@aol.com
William Edward Folson wefolsom@yahoo.com
Ross Scott Haine, II rshainelaw@bellsouth.net
James A Hernandez la!wjimhernandez@aol.com, mdenisechasse@aol.com
James R. Klindt james.klindt@usdoj.gov, Joanne.stockholm@usdoj.gov; JAXDOCKET.Mailbox@usdoj.gov
Noel G. Lawrence nglawren@prodigy.net, cawillbright@bellsouth.net
Don J. Pashayan don.pashayan@usdoj.gov, patricia.hogue@usdoj.gov
Daniel Austin Smith dsmithlaw@att.net
Frank Merrill Talbot II frankmtalbot@usdoj.gov, JAXDOCKET.Mailbox@usdoj.gov; Cathleen.turton@usdoj.gov
Quinton Till jaxlaw1999@aol.com, jaxlawparalegal@yahoo.com

Notice will be delivered by US Mail to the following:
Robert Calvin Rivers, 435 Clark Road #312, Jacksonville, Florida 32218.