UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 3:04-cr-206(S2)-J-20MCR

DEANGELO MERRITT

**MOTION BY THE UNITED STATES FOR
REDUCTION OF DEFENDANT'S SENTENCE
FOR TIMELY NOTIFICATION OF INTENT TO ENTER A PLEA OF GUILTY**

Pursuant to the provisions of Section 3E1.1(b) of the United States Sentencing Guidelines, the United States moves this Court to grant a one (1) level reduction in the defendant's offense level.  The Presentence Investigation Report submitted by the United States Probation Officer acknowledges the one-level reduction requested by this motion.  By this motion, the United States does not seek any additional reduction in the defendant's offense level.  Instead, the purpose of this motion is to comply with recently-enacted amendments to U.S.S.G. § 3E1.1, as discussed below, in order for the defendant to be eligible for the one-level reduction.

In support of its motion, the United States states as follows:

1.     The defendant timely notified the United States of his intention to enter a guilty plea.

2.     The defendant entered a guilty plea before U.S. Magistrate Judge Monte C. Richardson on September 12, 2005.  That plea was accepted by the Court on September 20, 2005, and the defendant was adjudged guilty.

3.      Pursuant to A.6. of the Plea Agreement, the United States is obligated to recommend a three-level downward adjustment for acceptance of responsibility pursuant to U.S.S.G. § 3E1.1, so long as "no adverse information is received suggesting such a recommendation to be unwarranted."  To date, no such adverse information has been received.[1]

## Memorandum of Law

The recently-passed, so-called "PROTECT Act," Public Law 108-21, amended U.S.S.G. §3E1.1(b) effective April 30, 2003.  Under the amended section, a formal motion by the United States is necessary before the Court can reduce a defendant's offense level one additional level pursuant to U.S.S.G. §3E1.1(b):

> If the defendant qualifies for a decrease under subsection (a), the offense level determined prior to the operation of subsection (a) is level 16 or greater, and <u>upon motion of the government</u> stating that the defendant has assisted authorities in the investigation or prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently, decrease the offense level by 1 additional level.

U.S.S.G. §3E1.1(b) (emphasis added); Appendix C, amendment 649 (effective April 30, 2003).  Furthermore, Application Note 6 now reads in relevant part,

---

[1] In the unlikely event that such adverse information is received before the final sentencing hearing and judgment, the United States reserves the right to withdraw this motion, pursuant to Section A.6. of the Plea Agreement.

> Because the Government is in the best position to determine whether the defendant has assisted authorities in a manner that avoids preparing for trial, an adjustment under subsection (b) may <u>only be granted upon a formal motion by the Government</u> at the time of sentencing. <u>See</u> section 401(g)(2)(B) of Public Law 108-21.

U.S.S.G. §3E1.1, Application Note 6 (emphasis added).  Thus, the United States herein makes such formal motion.

## Conclusion

For the foregoing reasons, this Court should grant the government this motion at the time of sentencing.

          Respectfully submitted,

          PAUL I. PEREZ
          United States Attorney

By:   *s/D.J. Pashayan*
      D.J. PASHAYAN
      Assistant United States Attorney
      USAO No. 086
      300 North Hogan Street, Suite 700
      Jacksonville, Florida  32202-4270
      Telephone:   (904) 301-6300
      Facsimile:    (904) 301-6310

U.S. v. DEANGELO MERRITT  Case No. 3:04-cr-206(S2)-J-20MCR

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>Quentin Till, Esq.
>jaxlaw1999@aol.com

I hereby certify that on May 22, 2006, a true and correct copy of the foregoing document and the notice of electronic filing was sent by Inter-Office mail to the following non-CM/ECF participant(s):

>United States Probation Officer

 _s/D.J. Pashayan_
 D.J. PASHAYAN
 Assistant United States Attorney